Farzana Sheikh, M.D.

Prepared by;
Rehan Sheikh
1219 W. El Monte Street
Stockton, California 95207

Telephone:
rehansheikh@yahoo.com

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| FARZANA SHEIKH, M.D.<br>Appellant (and plaintiff),<br>v.<br>Hon. Leslie D. Holland, Presiding Judge, San Joaquin County Court<br>Defendant & Appellee<br>And<br>**San Joaquin County General Hospital**<br>**Plaintiff & Appellee**<br>v.<br>Farzana Sheikh M.D.<br>**Respondent & Appellant** | CA9 Case No: 16 – 1 5 6 9 2<br><br>**RESPONDENT-APPELLEES' PETITION FOR HEARING EN BANC –**<br><br>**MOTION TO CORRECT COURT DOCKET**<br><br>**NAME OF PARTY SAN JOAQUIN GENERAL HOSPITAL SOMEHOW DISAPPEARED FROM 9TH CIRCUIT COURT DOCKET**<br><br>District Court: 2: 15 –CV- 1773 TLN |

Appellant /Respondent respectfully request that the Ninth Circuit Court of Appeals to grant her Petition for En Banc hearing on her Motion to Correct Court Docket.

1. The En Banc consideration is necessary to maintain uniformity of this Court's proceedings/ procedures and this matter also involves matter(s) of exceptional importance including **Right to the Judicial process and Access to Justice**.

### Back Ground

2. For a decade or so San Joaquin County state agencies have engaged in a pattern of conspiracy, Retaliation, perjury, and obstruction of justice to deprive Respondent of her Rights, property, home, licenses, services and money etc.; that has continued due to systematic denial of Access to Justice.

3. In this particular event, when office of San Joaquin County Counsel was asked to preserve the evidence of crimes, it initiated lawsuit (San Joaquin General Hospital v Farzana Sheikh) in its local county court. Their lawsuit on the Respondent Sheikh family is meant to destroy evidence of crimes. The Case was removed to the Eastern District of California invoking Civil Rights jurisdiction of the United States Court. Neither San Joaquin County Hospital filed any timely or untimely Motion to Remand in this case, nor any United States Judge declined Jurisdiction.

### Name of San Joaquin County Hospital 'Disappeared'

4. The District Court docket (attached) shows names of parties; San Joaquin General Hospital (Docket#3 via Removal), and Hon. Leslie Holland et al of San Joaquin County Court (Docket#1) are parties in this matter. The District Court docket shows that the Notice of Appeal with the Ninth Circuit was filed on or around May 4, 2016. After the notice of appeal was filed, the Ninth Circuit

docket showed only Hon. Leslie Holland et al but NOT San Joaquin General Hospital. <u>That is an unprecedented 'error' that needs to be corrected. Neither there is any order from any Judge nor any justification to remove the Hospital from the Ninth Circuit Court Docket</u>.

**Briefing Schedule:**

5. The Ninth Circuit without any justification, denied issuing a briefing schedule that is routinely issued by the Court Clerk, giving an unexplained waiver to the parties acting under color of state law. Further, The order (docket #12) denying Motion to correct Court docket, the court noted;

> *"As there is no appearance by appellees, briefing will be complete upon the filing of the opening brief."*

In this Court, the parties likely to file brief after a briefing schedule is issued; following the Court precedent, a briefing schedule needs to be issued to all parties.

**PRAYER**

6. Respondent prays that the Ninth Circuit Court grant En Banc hearing; and

   a. add name of San Joaquin General Hospital on the Docket
   b. issue a briefing schedule to all parties.

                                                    Respectfully Submitted;

                                                    /s/ Farzana Sheikh
                                                    ---------------------------------
Date: June 18, 2017                                 Farzana Sheikh
                                                    Appellant / Respondent / Plaintiff

Hon. Leslie Holland, Presiding Judge
San Joaquin County Superior Court
222. E Weber Ave
Stockton, California 95202

Richard Flores, Esq.
Assistant County Counsel
44 North San Joaquin Street #679
Stockton, CA 95202