| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 19 2017 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

FARZANA SHEIKH, M.D.,

    Plaintiff-Appellant,

 v.

LESLIEY D. HOLLAND, Presiding Judge San Joaquin County Court; et al.,

    Defendants-Appellees.

No. 16-15692

D.C. No. 2:15-cv-01773-TLN-AC
Eastern District of California, Sacramento

ORDER

Before: THOMAS, Chief Judge, and CANBY, Circuit Judge.

    Appellant's petition for initial hearing en banc (Docket Entry No. 13) is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11. All other requests contained in Docket Entry No. 13 are denied.

    Briefing is complete.

FG/MOATT